# FILED

01/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0395

_____

L.B. individually and on behalf of D.B., a Minor,

      Plaintiff and Appellant,

    v.

UNITED STATES OF AMERICA; BUREAU OF
INDIAN AFFAIRS; DANA BULLCOMING,
agent of the Bureau of Indian Affairs sued in his
individual capacity,

      Defendants and Appellees.

                                       O R D E R

_____

      Appellant L.B., by counsel, has filed a motion for extension of time within which to file the reply brief in this matter. Upon consideration of Appellant's motion for extension,

      IT IS HEREBY ORDERED that Appellant has until February 11, 2022, within which to file the reply brief.

      No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2022